# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                                      **NO: 14-284**

**DARREN SHARPER**                                    **SECTION: "H"(4)**

## ORDER

Before the Court is Petitioner Darren Sharper's Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255 (Doc. 557). In order for the Court to determine the action, if any, that shall be taken on this application,

**IT IS ORDERED** that the Clerk of Court shall serve a copy of the application and this order on the United States Attorney for the Eastern District of Louisiana. The United States Attorney for the Eastern District of Louisiana is ordered to file a response containing a written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies on or before August 27, 2018.

New Orleans, Louisiana this 1st day of August, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1