UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARREN SHARPER** | \* | **CIVIL ACTION** |
| | \* | |
| **VERSUS** | \* | **CASE NO.: 14-284** |
| | \* | |
| **UNITED STATES OF AMERICA** | \* | **SECTION: "H"** |
| | \* | **JUDGE: TRICHE MILAZZO** |
| **FILED:** _____ | | _____ |
| | | **DEPUTY CLERK** |

### REQUEST FOR CERTIFICATE OF APPEALABILITY

**NOW INTO COURT**, through undersigned counsel, comes Petitioner Darren Sharper, who respectfully requests that this Court issue a *Certificate of Appealability* on the following grounds:

I. Whether the District Court erred in finding that Petitioner was not denied his right to effective assistance of counsel as provided by the Sixth and Fourteenth Amendments of the United States Constitution when trial counsel failed to ensure that his guilty plea was knowingly and validly made, by failing to adequately counsel him on his plea agreement, failing to preserve his rights for direct appeal, and failing to object to the trial court's participation in plea negotiations.

Respectfully submitted this 1st day of August, 2019.

**RICHTHOFEN & ASSOCIATES, LLC**
 /s/ *Richard J. Richthofen, Jr.* (LA Bar 29663)
Richard J. Richthofen, Jr. (LEAD COUNSEL)
3900 Canal Street
New Orleans, LA 70119
Office: (504) 899-7949
Facsimile: (504) 899-2518
Email: rick@rjrlawfirm.com

**LAW OFFICE OF AUTUMN TOWN, LLC**
Autumn Town, LA Bar 28787
700 Camp Street
New Orleans, LA 70130
Office: (504) 507-0832
Facsimile: (504) 324-0216
Email: autumn@town-law.com

## CERTIFICATE OF SERVICE

I do hereby verify that the allegations contained in the foregoing *Request for Certificate of Appealability* are true and correct to the best of my knowledge and further certify that a copy of this application has been served upon opposing counsel, the United States Attorney's Office, 650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130, (504) 680-3000, this 1st day of August, 2019via ECF filing.

/s/ *Richard J. Richthofen, Jr.*
RICHARD RICHTHOFEN