UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 14-284** |
| **DARREN SHARPER** | **SECTION: "H"** |

## ORDER AND REASONS

Before the Court is Defendant Darren Sharper's Motion for a Certificate of Appealability ("COA") of this Court's order denying his motion for post-conviction relief pursuant to 28 U.S.C. § 2255 (Doc. 562).

The Fifth Circuit "may not consider an appeal from the denial of a 28 U.S.C. § 2255 motion for relief unless either the district court or [the Fifth Circuit] issues a COA."[1] "To obtain a COA, [the defendant] must make 'a substantial showing of the denial of a constitutional right.'"[2]

Defendant Sharper seeks a COA on whether this Court erred in finding that Sharper was not denied effective assistance of counsel.[3] For the same reasons discussed in this Court's July 7, 2019 Order and Reasons,[4] Sharper has not made a substantial showing that he was denied effective assistance of counsel. Accordingly, he is not entitled to a COA on this issue.

---

[1] United States v. Fields, 761 F.3d 443, 451 (5th Cir. 2014), *as revised* (Sept. 2, 2014) (quoting United States v. Hall, 455 F.3d 508, 513 (5th Cir. 2006)).
[2] *Id.* (citing 28 U.S.C. § 2253(c)(2)).
[3] Doc. 562.
[4] *See* Doc. 560.

## CONCLUSION

For the foregoing reasons, Defendant Sharper's Motion for a COA (Doc. 562) is **DENIED**.

New Orleans, Louisiana this 2nd day of August, 2019.

								_____
								**JANE TRICHE MILAZZO**
								**UNITED STATES DISTRICT JUDGE**