UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARREN SHARPER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **CASE NO.: 14-284** |
| | * | |
| **UNITED STATES OF AMERICA** | * | **SECTION: "H"** |
| | * | **JUDGE: TRICHE MILAZZO** |
| **FILED:** _____ | | _____ |
| | | **DEPUTY CLERK** |

## NOTICE OF INTENT TO APPEAL

**NOW INTO COURT**, through undersigned counsel, comes Petitioner Darren Sharper, who respectfully moves this Honorable Court to enter an Order of Appeal to the United States Fifth Circuit Court of Appeal, in accordance with the 5th, 6th, 8th and 14th amendments of the United States Constitution and 28 U.S.C. §2255, and represents the following:

1.

Petitioner previously filed a *Petition for Writ of Habeas Corpus* pursuant to 28 U.S.C. § 2255 with this Court. (Rec. Doc. 557). On July 9, 2019, this Court signed an *Order and Reasons* (Rec. Doc. 560 and 561) denying Petitioner's application for Habeas relief.

A Certificate of Appealability was denied on August 2, 2019. (Rec. Doc. 563).

2.

As such, Petitioner thus requests this Court to enter an order directing the Clerk of this Court to lodge the entire record including, but not limited to, any and all relevant proceedings, with all testimony adduced in connection therewith, in the United States Fifth Circuit Court of Appeals.

Respectfully submitted this 7th day of August, 2019.

**RICHTHOFEN & ASSOCIATES, LLC**
 /s/ *Richard J. Richthofen, Jr*. (LA Bar 29663)
Richard J. Richthofen, Jr. (LEAD COUNSEL)
3900 Canal Street
New Orleans, LA 70119
Office: (504) 899-7949
Facsimile: (504) 899-2518
Email: rick@rjrlawfirm.com

**LAW OFFICE OF AUTUMN TOWN, LLC**
Autumn Town, LA Bar 28787
700 Camp Street
New Orleans, LA 70130
Office: (504) 507-0832
Facsimile: (504) 324-0216
Email: autumn@town-law.com

## CERTIFICATE OF SERVICE

I do hereby verify that the information contained in the foregoing *Notice of Appeal* is true and correct to the best of my knowledge and further certify that a copy of this Notice has been served upon opposing counsel, the United States Attorney's Office, 650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130, (504) 680-3000, this 7th day of August, 2019 via ECF filing.

 /s/ *Richard J. Richthofen, Jr.*
RICHARD RICHTHOFEN