UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 14-284** |
| **DARREN SHARPER** | **SECTION: "H"** |

### ORDER AND REASONS

Before the Court is Defendant Darren Sharper's "Notice of Intent to Appeal" (Doc. 564). Defendant Sharper's pleading has been filed and processed as a Notice of Appeal by the Clerk of Court. The court therefore has been divested of jurisdiction.

Defendant Sharper in his Notice of Intent to Appeal requested that this Court order the Clerk to send the entire record to the Fifth Circuit. The record is electronic and will be accessed by the Fifth Circuit in due course when Sharper designates the record in accordance with the Rules of Appellate Procedure. To the extent necessary, it is **ORDERED** that the request to have the record sent to the appellate court is **DENIED** as unnecessary.

New Orleans, Louisiana this 12the day of August, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1