## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 14-284** |
| **DARREN SHARPER** | **SECTION: "H"** |

### ORDER

Before the Court is Defendant Darren Sharper's Motion for Reduction of Sentence Following Amendment 821 (Doc. 572).

Pursuant to the United States District Court for the Eastern District of Louisiana's General Order Concerning Amendment 821 to the U.S. Sentencing Guidelines, this Motion is **REFERRED** to the Retroactivity Screening Committee for determination of Defendant's eligibility for a reduction of sentence.

New Orleans, Louisiana this 18th day of July, 2024.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1