UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-284 |
| v. | * | SECTION: "H" (4) |
| DARREN SHARPER | * | |

\* \* \*

**O R D E R**

Considering the foregoing;

**IT IS ORDERED** that the Government's Motion for an Extension of Time to file a response to defendant Darren Sharper's Motion for Sentence Reduction Re Amendment 821 is **GRANTED**. The government's response is now due to the court on November 15, 2024.

New Orleans, Louisiana, this 4th day of November, 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**